**Order entered September 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00748-CV

### HKS/WS, A JOINT VENTURE, Appellant

### V.

### HALFF ASSOCIATES, INC., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17458**

## ORDER

Before the court is the parties' September 10, 2019 joint motion to abate the appeal or to extend the time to file appellee's brief. We **GRANT** the motion **to the extent** we extend the time for appellee to file its brief on the merits to **October 18, 2019**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE